FILED

OCT 19 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8858

UNITED STATES OF AMERICA, Plaintiff,

v.

Maynard Francisco BRENES, Defendant.

Magistrate Case No.:

COMPLAINT FOR VIOLATION OF

21 U.S.C. § 952 and 960
Importation of a Controlled Substance
(Felony)

The undersigned complainant being duly sworn states:

That on or about October 18, 2007, within the Southern District of California, defendant Maynard Francisco BRENES, did knowingly and intentionally import approximately 24.90 kilograms (54.78 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

LORENA MULVIHILL
Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, October 19, 2007.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Maynard Francisco BRENES

STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U.S. Immigration and Customs Enforcement Special Agent Lorena Mulvihill.

On October 18, 2007, at approximately 1418 hours, Customs and Border Protection Officer (CBPO) J. Bejarano was assigned to primary lanes at the Calexico, California West Port of Entry when a 2000 teal blue Ford F350 truck bearing Nevada license plate NV2685 approached for entry.

CBPO J. Bejarano encountered the operator and sole occupant of the vehicle identified as Maynard Francisco BRENES. CBPO J. Bejarano received a negative Customs declaration from BRENES. CBPO J. Bejarano requested CBP Canine Enforcement officer (CEO) S. Barela to screen the truck with his Narcotic Detector Dog (NDD). NDD alerted to the truck. CBPO J. Bejarano escorted BRENES and the truck to the vehicle secondary lot for further examination.

In the vehicle secondary area, CBPO J. Kierepka assumed responsibility for searching the vehicle. CBPO J. Kierepka removed the gas tank of the vehicle and noticed packages floating in gasoline within the gas tank. CBPO Kierepka probed a package exposing a green leafy substance, which tested positive for marijuana. A total of twenty (41) packages, with a total weight of 24.90 kilograms (54.78 pounds) were removed from the vehicle.

BRENES was advised of his rights per Miranda. BRENES stated that he understood his rights and was willing to waive his rights and make a statement. BRENES admitted knowledge of the marijuana found in the vehicle.